United States District Court
Southern District of Texas
**ENTERED**
September 22, 2016
David J. Bradley, Clerk

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ADRIAN MEJIA | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:16-cv-108 |
| | § | |
| | § | |
| ASI LLOYDS AND RICHARD GARCIA | § | |
| | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, CAME TO BE CONSIDERED, Parties' Agreed Motion to Dismiss with Prejudice. Having considered the agreed motion based upon a confidential settlement entered between Adrian Mejia ("Plaintiff"), and Defendants, ASI Lloyds and Richard Garcia ("Defendants"), the Court hereby **DISMISSES WITH PREJUDICE** all claims and causes of action asserted by Plaintiff against Defendants.

IT IS FURTHER ORDERED that each Party shall bear their/its own respective costs and attorneys' fees.

SIGNED THIS 22nd day of September, 2016.

By: _____
PRESIDING JUDGE

**Agreed:**
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

_____
LaDonna G. Schexnyder
Texas Bar No. 24072938
9311 Bluebonnet Boulevard, Suite A
Baton Rouge, LA 70810

Telephone: (504) 568-1990
Facsimile: (504) 310-9195
E-Mail: lschexnyder@lawla.com
**ATTORNEY FOR DEFENDANTS, ASI LLOYDS AND RICHARD GARCIA**

AND

Daniel P. Barton
Texas Bar No. 00789774
Wayne D. Collins
Texas Bar No. 00796384
1201 Shepherd Drive
Houston, TX 77007
Telephone: (713) 227-4747
Facsimile: (713) 621-5900
**ATTORNEY FOR PLAINTIFF, ADRIAN MEJIA**